**HARE & CHAFFIN**
ATTORNEYS AT LAW
160 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110-1701
(617) 330-5000
TELECOPIER (617) 330-1996

May 18, 2005

BY HAND

Clerk of Court
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

    Re:   In re Neurontin Marketing and Sales Practices Litigation, MDL No. 1629, Master File No. 04-10983

           This Document Relates to: Laura Allen, Administratrix of The Estate of the Late Daniel Allen, Timothy Bridges, and Alfred Morabito, individually and on behalf of themselves and all others similarly situated v. Pfizer Inc. and Parke-Davis, a Division of Warner-Lambert Company, No. 05-10797 PBS (D. Mass.)

Dear Sir or Madam:

    Pursuant to Local Rule 81.1(a), enclosed please find, with respect to the above-referenced matter, certified copies of all records and proceedings in the state court (save one document, which, according to the clerk of the state court, is missing from the case file) and a certified copy of all docket entries in the state court.

    Please acknowledge your receipt of the enclosed document by date-stamping the enclosed copy of this letter and returning it to our representative.

    Thank you.

Very truly yours,

David B. Chaffin

DBC:kgg
354007.0518
Enclosures

cc:    Daniel D'Angelo, Esq.